<div style="border:1px solid black; padding:8px;">

**Fill in this information to identify the case:**

Debtor 1  Vikki E Wiggins

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Alabama
<div style="text-align:right;">(State)</div>

Case number 13-02113-HAC

</div>

Form 4100R
# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:   Mortgage Information

**Name of creditor**: U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust
  **Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account:  7097

**Property address**: 2345 WEST RD
  MOBILE, AL 36693

### Part 2:   Prepetition Default Payment

Check one:

X   Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐   Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.  Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $_____

---

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

| Part 3: | Postpetition Mortgage Payment |

Check one:

X  Creditor states that the debtor(s) are not current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | |
|---|---|
| a. Total postpetition ongoing payments due: | (a) $1,314.20 |
| b. Total fees, charges, expenses, escrow, and costs outstanding: | (b) $-42.90 |
| c. **Total**. Add lines a and b. | (c) $1,271.30 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   02/01/2019

| Part 4: | Itemized Payment History |

If the creditor disagrees with Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetitition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.
**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and states your address and telephone number if different from the notice address listed on the proof of claim to which this response applies:

| /s/ Jacob Mauldin | | Date | March 6, 2019 |
|---|---|---|---|
| Print | Jacob Mauldin | Title | Attorney for Creditor |
| Company | Rubin Lublin, LLC | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| | |
|---|---|
| Debtor 1 Vikki E Wiggins | Case number *(if known)* 13-02113-HAC |

Address 100 Concourse Parkway, Suite 115
Birmingham, AL 35244

Contact Phone (877) 813-0992          Email   jmauldin@rubinlublin.com

Form 4100R              **Response to Notice of Final Cure Payment**                      page 3

CERTIFICATE OF SERVICE

      I, Jacob Mauldin of Rubin Lublin, LLC certify that on the 6th day of March, 2019, I caused a copy of the Response to Notice of Final Cure Payment to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Vikki E Wiggins,
2345 West Rd
Mobile, AL 36693

William J. Casey, Esq.
3208 Cottage Hill Road
Mobile,, AL 36606

Daniel B. O`Brien
Chapter 13 Trustee
P.O. Box 1884
Mobile, AL 36633


Executed on 3/6/19
By: /s/ Jacob Mauldin
Jacob Mauldin
AL State Bar No. ASB-7826-B44M
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244
(877) 813-0992
jmauldin@rubinlublin.com
Attorney for Creditor